| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:09 - 11:10 |

❒ ARRAIGNMENT          ❒ CHANGE OF PLEA          ❒ CONSENT PLEA
❒ RULE 44(c) HEARING   ❒ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Rus Walker        **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr037-W                      **DEFENDANT NAME:** Marchelle Torres
**AUSA:** Neal Frazier                            **DEFENDANT ATTORNEY:**

Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( )NO; ( )YES    Name:

---

❒ This is defendant's **FIRST APPEARANCE.**
❒ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**
❒ **ORAL ORDER appointing Federal Public Defender.** Notice of Appearance to be filed.
❒ **WAIVER OF INDICTMENT** executed and filed.
❒ **INFORMATION** filed.
❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    ❒ Not Guilty
            ❒ Guilty as to:
                ❒ Count(s):
                ❒ Count(s):            ❒ dismissed on oral motion of USA
                                        ❒ to be dismissed at sentencing

❒ Written plea agreement filed    ❒ **ORDERED SEALED**
❒ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count**
❒ MISDEMEANOR CRIMINAL TERM:        ❒ WAIVER OF SPEEDY TRIAL filed.
            **DISCOVERY DISCLOSURE DATE:**
❒ **ORDER:** Defendant continued under ❒ same bond;  ❒ summons; for:
        ❒ Trial on _____;  ❒ Sentencing on _____
❒ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
        ❒ Trial on _____; or ❒ Sentencing on _____
❒ Rule 44 Hearing:  ❒ Waiver of Conflict of Interest Form executed
                    ❒ Defendant requests time to secure new counsel

**Government's ORAL MOTION to continue to May 16, 2006 Misdemeanor Arraignment docket.**
**ORAL ORDER *GRANTING* Government's Oral Motion to continue.**