IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr0037-SRW |
| | ) | |
| MARCHELLE TORRES | ) | |

## **ORDER**

Upon consideration of government's March 7, 2006 oral motion to continue arraignment, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED. The arraignment previously set for March 7, 2006 is rescheduled for May 16, 2006 at 10:00 a.m. before U. S. Magistrate Judge Vanzetta Penn McPherson, Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 13th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE